# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0400

VERSUS

KEVINONTAE ROSS

**JUNE 16, 2025**

---

In Re:     Kevinontae Ross, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 864103.

---

**BEFORE:     McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.** This application appears to be a "Petition for Writ of Habeas Corpus" filed in this court in the first instance. Because there is no indication the motion has been filed in the district court, this writ presents nothing for this court to review. Relator should first seek relief in the district court.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT